# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

November 19, 2003

Before

**Hon.** WILLIAM J. BAUER, Circuit Judge

**Hon.** RICHARD A. POSNER, Circuit Judge

**Hon.** FRANK H. EASTERBROOK, Circuit Judge

| | |
|---|---|
| PATRICIA HOLMES,<br>　　*Plaintiff-Appellee*,<br><br>And<br><br>UNITED STATES OF AMERICA,<br>　　*Intervening Plaintiff-Appellee*,<br><br>**No.** 02-1377　　　**v.**<br><br>MARION COUNTY OFFICE OF FAMILY AND CHILDREN,<br>　　*Defendant-Appellant*. | Appeal from the United States District Court for the Southern District of Indiana, Indianapolis Division.<br><br>No. IP 00-0677-C-M/S Larry J. McKinney, *Chief Judge*. |

**Order**

The opinion of this court issued on November 19, 2003, is amended as follows:

Page 1, line 5, change "an banc" to "en banc".